**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Richard Lee McCuin,<br><br>            Plaintiff,<br><br>vs.<br><br>Maricopa County, et al.,<br><br>            Defendants. | No.  CIV 06-2663-PHX-SMM (DKD)<br><br>**ORDER** |

It appearing to the Court that Defendants' Motion for Summary Judgment (Doc. #18), filed July 23, 2007, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion for Summary Judgment (Doc. #18). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 24th day of August, 2007.

Stephen M. McNamee
United States District Judge